IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CARLO VERITAS,

       Plaintiff,

v.

COUNTRY MUTUAL INSURANCE CO.,

       Defendant.

1:15-cv-1623-CL

ORDER

MCSHANE, Judge:

      Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 43), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

1 –ORDER

Magistrate Judge Clarke's Findings and Recommendation (ECF No. 43) is adopted. The cross motions for summary judgment (ECF No. 20, 22) are DENIED. The parties shall confer and submit several proposed dates for a jury trial. Based on the Court's schedule, the earliest available date to try this matter is December of 2017.

IT IS SO ORDERED.

DATED this 23rd day of August, 2017.

                                              /s/ Michael J. McShane
                                                Michael McShane
                                      United States District Judge