Daniel E. Thenell, OSB No. 971655
dan@thenelllawgroup.com
Chelsea P. Pyasetskyy, OSB No. 136450
chelsea@thenelllawgroup.com
Thenell Law Group, P.C.
12909 SW 68th Parkway, Suite 290
Portland, Oregon 97223
503-372-6450 phone
503-372-6496 fax
    Of Attorneys for Defendant Country Mutual Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| CARLO VERITAS,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTRY MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:15-cv-01623-CL<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE |

Pursuant to Fed R Civ P 41, the parties to this action hereby stipulate to the dismissal of all

/ / /

/ / /

/ / /

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE    83 1464

THENELL LAW GROUP, P.C.
12909 SW 68th Parkway, Suite 290
Portland, Oregon 97223
Telephone (503) 372-6450
Facsimile (503) 372-6496

claims and counterclaims with prejudice and without an award of attorney fees, costs, or disbursements to any party.

IT IS SO STIPULATED:

DATED: December 8, 2017

TAYLOR & TAPPER

By: */s/ Clinton Tapper*
Clinton Tapper
clinton@taylortapper.com
R. Scott Taylor
scott@taylortapper.com;
*Of Attorneys for Plaintiff*

DATED: December 8, 2017

THENELL LAW GROUP, P.C.

By: */s/ Daniel E. Thenell*
Daniel E. Thenell, OSB #971655
Email: dan@thenelllawgroup.com
*Of Attorneys for Defendant County Mutual Insurance Company*

## ORDER APPROVING STIPULATION

This matter having come before the court on the Stipulation of Plaintiff Carlo Veritas and Defendant Country Mutual Insurance Company, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims by Plaintiff Carlo Veritas against Defendant are hereby dismissed with prejudice and without attorney fees and costs to either party.

DATED: 3/20, 2018

_____
United State ~~District~~ Judge
Magistrate

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE            831464

THENELL LAW GROUP, P.C.
12909 SW 68th Parkway, Suite 290
Portland, Oregon 97223
Telephone (503) 372-6450
Facsimile (503) 372-6496